Static Control Components, Inc. v. Lexmark International, Inc.                                                     Doc. 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Subpoena in a Civil Case<br><br>STATIC CONTROL COMPONENTS, INC.,<br>   Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.,<br>   Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>WAZANA BROTHERS INTERNATIONAL, INC.<br>d/b/a MICRO SOLUTIONS ENTERPRISES,<br>   Counterclaim Defendant,<br><br>v.<br><br>PENDL COMPANIES, INC.,<br>   Counterclaim Defendant,<br><br>v.<br><br>NER DATA PRODUCTS, INC.,<br>   Counterclaim Defendant. | **06CV1254**<br>**JUDGE GOTTSCHALL**<br>**MAGISTRATE DENLOW**<br><br>Pending in the Eastern District<br>of Kentucky as Case No. 04-84-<br>KSF before the Honorable Karl<br>Forester<br><br><br>**FILED**<br>MAR 0 8 2006  NF<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**LEXMARK INTERNATIONAL INC.'S PETITION
TO ENFORCE SUBPOENA *DUCES TECUM***

Lexmark International, Inc. ("Lexmark") through undersigned counsel, respectfully petitions this Court for an order compelling T.T.I. International d/b/a Toner Time ("Toner Time") to comply with the subpoena that Lexmark properly issued pursuant to Fed. R. Civ. P. 45, Fed. R. Civ. P. 34(c), and Fed. R. Civ. P. 30(b)(6).

In support of the Petition, Lexmark submits the attached Memorandum of Law and the associated exhibits attached thereto. For the reasons discussed in the Lexmark's Memorandum

1

Dockets.Justia.com

of Law, Lexmark requests that the Court grant Lexmark's Petition and enter the Order attached as Exhibit E to Lexmark's supporting Memorandum of Law.

Dated: March 8, 2006

Respectfully Submitted,

By: _____
Mark T. Banner
Christopher J. Renk
Timothy C. Meccc
Binal J. Patel
Matthew P. Becker
Jason S. Shull
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**Attorneys for Lexmark International, Inc.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Subpoena in a Civil Case<br><br>STATIC CONTROL COMPONENTS, INC.,<br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.,<br>    Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>WAZANA BROTHERS INTERNATIONAL, INC.<br>d/b/a MICRO SOLUTIONS ENTERPRISES,<br>    Counterclaim Defendant,<br><br>v.<br><br>PENDL COMPANIES, INC.,<br>    Counterclaim Defendant,<br><br>v.<br><br>NER DATA PRODUCTS, INC.,<br>    Counterclaim Defendant. | **06CV1254**<br>**JUDGE GOTTSCHALL**<br>**MAGISTRATE DENLOW**<br><br>Pending in the Eastern District of Kentucky as Case No. 04-84-KSF before the Honorable Karl Forester<br><br>**FILED**<br>MAR 0 8 2006  NF<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**NOTICE OF LEXMARK INTERNATIONAL INC.'S PETITION
TO ENFORCE SUBPOENA *DUCES TECUM***

To:   David H. Levitt
      Hinshaw & Culbertson LLP
      222 North LaSalle Street
      Suite 300
      Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on a date and time to be specified by a district court judge or magistrate judge of the Northern District of Illinois, Eastern Division, we shall appear and then present **Lexmark International, Inc.'s Petition to Enforce Subpoena *Duces Tecum*.**

1

Dated: March 8, 2006

Respectfully submitted,

By: _____
Mark T. Banner
Christopher J. Renk
Timothy C. Meece
Binal J. Patel
Matthew P. Becker
Jason S. Shull
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**Attorneys for Lexmark International, Inc.**

## PROOF OF SERVICE

I hereby certify that true copies of the notice of petition, petition, and supporting memorandum was served via First Class Mail on the following individuals:

David H. Levitt
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601

By: _____
One of Lexmark's attorneys